LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Charles Parr*



___FILED   ___RECEIVED
___ENTERED   ___SERVED ON
         COUNSEL/PARTIES OF RECORD

MAR 1 3 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

Order

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> **CHARLES PARR,** <br><br> Defendant. | CASE No.: 2:19-cr-0133—APG-VCF-6 <br><br> ~~Stipulation~~ TO CONTINUE INITIAL APPEARANCE REGARDING PRETRIAL RELEASE <br><br> (FIRST REQUEST) |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Charles Parr, through his counsel, Lance J. Hendron, Esq. of the law firm of Hendron Law Group LLC, and Plaintiff, United States of America, through its counsel, Nicholas A. Trutanich, United States Attorney, Kevin D. Schiff, Assistant United States Attorney, that the Initial Appearance regarding Pretrial Release in the above-captioned matter currently set for March 13, 2020 at 2:00 p.m. be continued to a date convenient to the court.

This Stipulation is entered into for the following reasons:

1. Mr. Hendron will be out of jurisdiction on Friday, March 13, 2020.

2. Mr. Hendron has spoken with Mr. Parr and he agrees with this continuance.

3. Mr. Hendron has spoken to Mr. Schiff, and Mr. Schiff has indicated that he has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with initial appearance regarding pretrial release on March 13, 2020.

DATED this __11__ day of March, 2020.

Respectfully Submitted,

__/s/ L. Hendron__
Lance J. Hendron, Esq.
Attorney for Defendant, Charles Parr

__/s/ Kevin D. Schiff__
Nicholas A. Trutanich
United States Attorney
Kevin D. Schiff
Assistant United States Attorney
Attorney for United States

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Charles Parr*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES PARR,<br><br>Defendant. | CASE No.: 2:19-cr-0133—APG-VCF-6 |

## FINDINGS OF FACTS

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Hendron will be out of jurisdiction on Friday, March 13, 2020.

2. Mr. Hendron has spoken with Mr. Parr and he agrees with this continuance.

3. Mr. Hendron has spoken to Mr. Schiff, Assistant United States Attorney, who has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which

outweigh any interest of the public and the defendant in proceeding with initial appearance regarding pretrial release on March 13, 2020.

**ORDER**

IT IS HEREBY ORDERED, that the Initial Appearance regarding Pretrial Release, currently scheduled for March 13, 2020, at the hour 2:30 p.m., be vacated and continued to March 19, 2020 at the hour of 2:30 p.m. Courtroom 3A

DATED this 13 day of March, 2020.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE