LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Charles Parr*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE No.: 2:19-cr-0133—APG-VCF-6 |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE REGARDING PRETRIAL RELEASE** |
| vs. | |
| **CHARLES PARR**, | **(SECOND REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Charles Parr, through his counsel, Lance J. Hendron, Esq. of the law firm of Hendron Law Group LLC, and Plaintiff, United States of America, through its counsel, Nicholas A. Trutanich, United States Attorney, Kevin D. Schiff, Assistant United States Attorney, that the Initial Appearance regarding Pretrial Release in the above-captioned matter currently set for March 19, 2020 at 2:30 p.m. be continued to a date convenient to the court.

This Stipulation is entered into for the following reasons:

1. Mr. Parr is out of jurisdiction and potential travel restrictions due to COVID-19.

2. Mr. Hendron has spoken with Mr. Parr and he agrees with this continuance.

3. Mr. Hendron has spoken to Mr. Schiff, and Mr. Schiff has indicated that he has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with initial appearance regarding pretrial release on March 19, 2020.

DATED this __18__ day of March, 2020.

Respectfully Submitted,

  /s/ L. Hendron
Lance J. Hendron, Esq.
Attorney for Defendant, Charles Parr


  /s/ Kevin Schiff
Nicholas A. Trutanich
United States Attorney
Kevin D. Schiff
Assistant United States Attorney
Attorney for United States

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Charles Parr*

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **CHARLES PARR**, <br><br> Defendant. | CASE No.: 2:19-cr-0133—APG-VCF-6 |

### FINDINGS OF FACTS

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Parr is out of jurisdiction and potential travel restrictions due to COVID-19.

2. Mr. Hendron has spoken with Mr. Parr and he agrees with this continuance.

3. Mr. Hendron has spoken to Mr. Schiff, Assistant United States Attorney, who has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which

3

outweigh any interest of the public and the defendant in proceeding with initial appearance regarding pretrial release on March 19, 2020.

## **ORDER**

IT IS HEREBY ORDERED, that the Initial Appearance regarding Pretrial Release, currently scheduled for March 19, 2020, at the hour 2:30 p.m., be vacated and continued to __April 14, 2020__, at the hour of 2:30 p.m.

DATED this __18th__ day of __March__, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034