LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Charles Parr*

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **CHARLES PARR**, <br><br> Defendant. | CASE No.: 2:19-cr-0133—APG-VCF-6 <br><br> ORDER TO CONTINUE INITIAL APPEARANCE REGARDING PRETRIAL RELEASE <br><br> (FOURTH REQUEST) |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Charles Parr, through his counsel, Lance J. Hendron, Esq. of the law firm of Hendron Law Group LLC, and Plaintiff, United States of America, through its counsel, Nicholas A. Trutanich, United States Attorney, Kevin D. Schiff, Assistant United States Attorney, that the Initial Appearance regarding Pretrial Release in the above-captioned matter currently set for May 20, 2020 at 2:30 p.m. be continued to a date convenient to the court, but no sooner than 30 days from the current scheduled hearing.

This Stipulation is entered into for the following reasons:

1. Mr. Parr has ongoing medical issues and is currently under the care of a physician.

2. Mr. Hendron has spoken with Mr. Parr and he agrees with this continuance.

3. Mr. Hendron has spoken to Mr. Schiff, and Mr. Schiff has indicated that he has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with initial appearance regarding pretrial release on May 20, 2020.

DATED this __19__ day of May, 2020.

                                          Respectfully Submitted,

                                           /s/ L. Hendron
Lance J. Hendron, Esq.
Attorney for Defendant, Charles Parr

                                           /s/ Kevin D. Schiff
Nicholas A. Trutanich
United States Attorney
Kevin D. Schiff
Assistant United States Attorney
Attorney for United States

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Charles Parr*

UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA

| UNITED STATES OF AMERICA, | CASE No.: 2:19-cr-0133—APG-VCF-6 |
|---|---|
| Plaintiff, | |
| vs. | |
| **CHARLES PARR**, | |
| Defendant. | |

### FINDINGS OF FACTS

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Parr has ongoing medical issues and is under the care of a physician.
2. Mr. Hendron has spoken with Mr. Parr and he agrees with this continuance.
3. Mr. Hendron has spoken to Mr. Schiff, Assistant United States Attorney, who has no objection to this continuance.
4. Additionally, denial of this request for continuance could result in a miscarriage of justice.
5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which

outweigh any interest of the public and the defendant in proceeding with initial appearance regarding pretrial release on May 20, 2020.

## **ORDER**

IT IS HEREBY ORDERED, that the Initial Appearance regarding Pretrial Release, currently scheduled for May 20, 2020, at the hour 2:30 p.m., be vacated and continued to June 24, 2020 at the hour of 2:30 p.m. in courtroom 3D before Magistrate Judge Cam Ferenbach

DATED this 19 day of May, 2020.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

4