**Hendron Law Group**
**Lance J. Hendron, Esq.**
**Nevada Bar #11151**
625 S. Eighth Street
Las Vegas, NV 89101
p. 702-710-5555
f. 702-710-8888
lance@hlg.vegas
**Attorney for Defendant, Charles Parr (6)**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-0133-APG-VCF |
| Plaintiff, | |
| vs. | |
| MIRIAM ELIZABETH SUAREZ-CONTRERAS (1), aka "Ella" aka "Liz", RAMIRO RAMIREZ-BARAJAS (2), aka "Sergio", ROBERTO BLANCAS-MATA (3), aka "Carlos Delgado", RAHDSMA HENDERSON (4), aka "Weezy" STEPHEN LLOYD (5), CHARLES PARR (6), aka "Charles Magnuson", DOUG STUMPF (7), BRIAN SCARBOROUGH (8), RENEA BARNES (9), aka "Renea Valdez", QUENTIN ARMSTRONG (10), CIPRIANO PINEDA-ACEDO (11), JOSE GUILLERMO TELLO-ALBARRAN 12), and MARTHA PEDRAZA-ZAMORA (13), | **STIPULATION AND ORDER TO CONTINUE SENTENCING (FOURTH REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Lance J. Hendron, Esq., counsel for Defendant Charles Parr (6) that the sentencing currently scheduled for September 20, 2023 at the hour of 11:00 a.m., be vacated and continued to a date and time more convenient to the court but not less than sixty (60) days from the current sentencing setting.

This Stipulation is entered into for the following reasons:

1. The parties agree to the continuance;
2. Defendant is currently out of custody and does not object to the continuance;
3. Defendant has been receiving and continues to receive medical treatment;
4. The parties are continuing to work on, and gather materials relating to sentencing;
5. Additionally, denial of this requests for continuance could result in a miscarriage of justice.
6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), when considering the factors under 18 U.S.C. §§3161(h)(7)(B) and 3161(h)(7)(B)(iv).
7. The additional time requested herein is not sought for purposes of delay and the denial of this request for continuance could result in a miscarriage of justice.
8. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing.

///

///

9. This is the fourth request for a continuance of sentencing.

Dates this <u>18th</u> day of September, 2023.

        JASON FRIERSON
        UNITED STATES ATTORNEY

        **/s/ Melanee Smith**
        MELANEE SMITH
        Assistant United States Attorney

        For Defendant Charles Parr (6)
        **/s/ Lance J. Hendron**
        Lance J. Hendron, Esq.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIRIAM ELIZABETH SUAREZ-CONTRERAS (1), aka "Ella" aka "Liz",<br>RAMIRO RAMIREZ-BARAJAS (2), aka "Sergio",<br>ROBERTO BLANCAS-MATA (3), aka "Carlos Delgado",<br>RAHDSMA HENDERSON (4), aka "Weezy"<br>STEPHEN LLOYD (5),<br>CHARLES PARR (6), aka "Charles Magnuson",<br>DOUG STUMPF (7),<br>BRIAN SCARBOROUGH (8),<br>RENEA BARNES (9), aka "Renea Valdez",<br>QUENTIN ARMSTRONG (10),<br>CIPRIANO PINEDA-ACEDO (11),<br>JOSE GUILLERMO TELLO-ALBARRAN 12),<br>and MARTHA PEDRAZA-ZAMORA (13),<br><br>Defendants | CASE NO. 2:19-cr-0133-APG-VCF |

### **FINDINGS OF FACTS, CONCLUSIONS OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

/ / /

/ / /

/ / /

## CONCLUSIONS OF LAW

1. The parties agree to the continuance;

2. Defendant is currently out of custody and does not object to the continuance;

3. Defendant has been receiving and continues to receive medical treatment;

4. The parties are continuing to work on, and gather materials relating to sentencing;

5. Additionally, denial of this requests for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), when considering the factors under 18 U.S.C. §§3161(h)(7)(B) and 3161(h)(7)(B)(iv).

7. The additional time requested herein is not sought for purposes of delay and the denial of this request for continuance could result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing.

9. This is the fourth request for a continuance of sentencing.

The ends of justice are served by granting said continuances and outweigh the best interest of the public and the Defendants' right to a speedy trial, since the failure to grant aid continuance would be likely result in a miscarriage of justice as it would deny the parties herein sufficient time, and the opportunity within which to effectively and thoroughly prepare and file pretrial motions, responses, and replies, and prepare for trial taking into account the exercise of due diligence.

///

///

## ORDER

**IT IS HEREBY ORDERED** that the **Sentencing** in this matter scheduled for September 20, 2023, at the hour of 11:00 p.m., is hereby vacated and continued to the  3rd  day of ___January___, 2024, at the hour of  10:00 a.m. , in Courtroom  6C .

**ABSENT EXTRAORDINARY CIRCUMSTANCES, THIS IS THE LAST EXTENSION THAT WILL BE GRANTED.**

IT IS SO ORDERED:

Dated: September 19, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE