# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00133-APG-MDC-6 |
| Plaintiff | **Order Granting in part Motion to Seal** |
| v. | [ECF No. 469] |
| CHARLES PARR, | |
| Defendant | |

Charles Parr moves to file under seal the entirety of his sentencing memorandum and attached exhibits because they contain and refer to his medical records. ECF No. 469.  However, only Exhibit 1 (ECF No. 467-2) and two pages of his memorandum (ECF No. 466-1 at 11-12) contain medical records or references to them.  The remainder of the memorandum and the other two exhibits do not contain sensitive information that justify sealing.  I therefore will allow the current filings to remain under seal, but Parr's counsel must file, unsealed, a redacted version of his memorandum and the entireties of Exhibits 2 and 3.

I THEREFORE ORDER that Charles Parr's motion for leave to file under seal **(ECF No. 469) is granted in part.**  The documents filed at ECF Nos. 466, 467, and 469 will remain sealed. Parr's counsel is ordered to file an unsealed version of the sentencing memorandum, redacting the section discussing Parr's medical difficulties (ECF No. 466-1 at 11-12).  Parr's counsel will also file unsealed versions of his Exhibits 2 and 3 (ECF Nos. 467-3 and 467-4).

DATED this 1st day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE